**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 4:16-cr-00230-01 |
| | : | |
| v. | : | (Judge Brann) |
| | : | |
| SHAKEEN ASMAR TAYLOR, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 18th day of October, 2016, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Review and Revocation of Detention Order, ECF No. 27, is **DENIED**.

2. The Order of Detention entered by United States Magistrate Judge William I. Arbuckle, III, ECF No. 22, is **AFFIRMED** and shall apply with full force and effect pending trial.

- 1 -

BY THE COURT:


<u>s/ Matthew W. Brann</u>
Matthew W. Brann
United States District Judge